IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Jose F. Murillo, | § | Case No. 16-24818 |
| aka Jose Francisco Murillo-Avila | § | Chapter 13 |
| aka Jose Francisco Murillo | | |
| aka Jose Murillo | | |
| | § § | |
| Debtor(s). | § | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes, Servis One, Inc. dba BSI Financial Services, Inc. by its attorneys, Richard J. Rogers and Cohn, Goldberg & Deutsch, LLC, and in response to the Notice of Final Cure Payment states as follows:

1) Servis One, Inc. dba BSI Financial Services, Inc. agrees that the Debtors have paid the full amount to cure the default on Creditor's claim.

2) Servis One, Inc. dba BSI Financial Services, Inc. agrees that Debtor is current with respect to all payments consistent with §1322 (b) (5).

/s/ Richard J. Rogers
Richard J. Rogers 01980
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, Maryland 21204
(410) 296-2550
Fax: (410) 296-2558
E-mail: bankruptcyecf@cgd-law.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th of September, 2020 that a copy of the foregoing

Response to Notice of Final Cure Payment was served by first class mail to:

Jose F. Murillo
aka Jose Francisco Murillo-Avila
aka Jose Francisco Murillo
aka Jose Murillo
522 9th Street
Laurel, MD 20707
Debtor(s)


Office of the United States Trustee


And by electronic filing notification CM/ECF to:
And debtor's(s') counsel:

Michael A. Ostroff
1738 Elton Road Suite 105
Silver Spring, MD 20903
Counsel to the Debtor(s)


Rebecca A. Herr
185 Admiral Cochrane Drive Suit 240
Annapolis, MD 21401
Chapter Trustee


                                                   /s/ Richard J. Rogers
                                                   Richard J. Rogers

Case 16-24818    Doc    Filed 09/10/20    Page 3 of 3